UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WALLACE R. BARR, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>        Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 05-5056 (JEI)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND DISMISSING AS MOOT PLAINTIFF'S APPEAL OF MAGISTRATE JUDGE'S DECISION**<br><br>(Docket Nos. 62, 67 & 72) |

**APPEARANCES:**

BLANK ROME LLP
By:  Stephen M. Orlofsky, Esq.
     Evan H. Lechtman, Esq.
Woodland Falls Corporate Park
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
    Counsel for Plaintiff

LATHAM & WATKINS LLP
By:  Alan E. Krause, Esq.
     Lauren K. Podesta, Esq.
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on Defendant's Motion for Summary Judgment (Docket No. 62), Plaintiff's Cross-Motion for Summary Judgment (Docket No. 67), and Plaintiff's Appeal of Magistrate Judge's Order Denying Motion to Compel

(Docket No. 72), the Court having considered the submissions of the parties, having heard oral argument on April 22, 2008, and for the reasons set forth in an opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 29th day of May, 2008,

**ORDERED THAT:**

(1) Defendant's Motion for Summary Judgment (Docket No. 62) is hereby **GRANTED.**

(2) Plaintiff's Cross-Motion for Summary Judgment (Docket No. 67) is hereby **DENIED.**

(3) Plaintiff's Appeal of Magistrate Judge's Order Denying Motion to Compel (Docket No. 72) is hereby **DISMISSED AS MOOT.**

(4) The Clerk of Court is hereby directed to **CLOSE** this case.

s/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.